

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA; et seq.** <br> **Plaintiff (Petitioner)** <br><br> v. <br><br> **DANE C. BRAGG, ET AL,** <br> **Defendant (Respondent)** | **CASE and/or DOCKET No.: 5:18-CV-02888-JLS** <br><br> **Sheriff's Sale Date:** _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DANE C. BRAGG the above process on the 10 day of September, 2018, at 5:20 o'clock, P.M. at 2902 HODLE AVE EASTON, PA 18045, County of Northampton, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: **DONNA BRAGG**
Relationship/Title/Position: **SPOUSE**
Remarks: _____
Description: Approximate Age **61-65** Height **5'4** Weight **155** Race **WHITE** Sex **FEMALE** Hair **BROWN/GRAY**
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** ) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally appeared **Denise Hinkle** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-183797
Case ID #: 5283794

Subscribed and sworn to before me this **11** day of **Sept**, 20**18**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021