IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-2888 |
| | : |
| **DANE C. BRAGG** | : |

### ORDER

**AND NOW,** this 10th day of December, 2018, a default having been entered on December 7, 2018, due to Defendant's failure to appear and defend the instant matter, and upon consideration of Plaintiff's Motion for Default Judgment, it is **ORDERED** that a hearing is scheduled for **Thursday, January 3, 2019 at 3:00 p.m.**, in the courtroom of the undersigned, The Madison Building, 400 Washington Street, Reading, Pennsylvania.

**IT IS FURTHER ORDERED** that Plaintiff shall serve the Defendant with a copy of this Order.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.