UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>DANE C. BRAGG<br><br>                      Defendants | CIVIL NO.  18-02888 |

**CERTIFICATE OF SERVICE**

      I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Order of has been served by first class mail, postage pre-paid, upon the parties listed below on December 12, 2018.

DANE C. BRAGG
2902 Hodle Ave.
Easton, PA 18045

                                        Respectfully submitted,

                                        KML Law Group, P.C.

                                        By: _____
                                        Rebecca A. Solarz, Esquire
                                        Pennsylvania Attorney I.D. No. 315936
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532
                                        (215) 825-6327
                                        mailto: rsolarz@kmllawgroup.com